Case Name: *Jensey Diaz, v. City of New York, et al.*_____     Case Number:  2 5 _ CV -  04150___ ( RER_ ) (PK)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A.  ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.   Rule 26(f) Conference held | X | | |
| 2.   Rule 26(a)(1) disclosures exchanged | | | April 23, 2026 |
| 3.    Requested: | | | |
| a.   Medical records authorization | X | | |
| b.   Section 160.50 releases for arrest records | X | | |
| c.   Identification of John Doe/Jane Doe defendants | | | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | | X | |
| 5.  Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | May 7, 2026 |
| **B.  SETTLEMENT PLAN** | | | |
| 1.   Plaintiff to make settlement demand | | | May 7, 2026 |
| 2.   Defendant to make settlement offer | | | Respond by: June 8, 2026 |
| 3.   Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4.   Settlement Conference (proposed date) | | | TBD |
| **C.  PROPOSED DEADLINES** | | | |
| 1.   Motion to join new parties or amend pleadings | | | July 8, 2026 |
| 2.   Initial documents requests and interrogatories | | | April 23, 2026 |
| 3.   All fact discovery to be completed (including disclosure of medical records) | | | October 23, 2026 |
| 4.   Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | November 4, 2026 |

Rev. 11-03-20

| | | | |
|---|---|---|---|
| 5.  Expert discovery (only if needed) | | *Check here if not applicable* ✠ | |
| Plaintiff expert proposed field(s) of expertise: | | | |
| Defendant expert proposed field(s) of expertise: | | | |

| | DONE | NOT APPLICABLE | DATE |
|---|:---:|:---:|:---:|
| a.  Affirmative expert reports due | | X | |
| b.  Rebuttal expert reports due | | X | |
| c.  Depositions of experts to be completed | | X | |
| 6.  Completion of ALL DISCOVERY (if different from C.3) | | X | |
| 7.  Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | November 4, 2026 |
| 8.  If any party seeks a **dispositive motion,** date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | November 23, 206 |
| 9.  Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | X | |

| **D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION** | |
|---|---|
| 1.  All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>✠ No |
| 2.  All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>✠ No |

| *E.  COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY* | | | |
|---|:---:|:---:|:---:|
| 1.  Motion for collective action certification in FLSA cases | | X | |
| a.  Response due | | X | |
| b.  Reply due | | X | |
| 2.  Motion for Rule 23 class certification | | X | |
| a.  Response due | | X | |
| b.  Reply due | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____
**PEGGY KUO**                                                    **Date**
United States Magistrate Judge

Rev. 11-03-20