THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

October 28, 2026

**VIA ECF**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Jensey Diaz v. City of New York*, *et al.*
25 CV 04150 (RER)(PK)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants City of New York, Ramone Alcock, Brian Crooks, and Aleksandr Tsimmerman in this matter. The Parties write to provide the Court with a joint status report pursuant to the discovery plan. Dkt. No. 19.

**Defendants' Status Report**

To date, Plaintiff provided responses and objections to Defendant's First Set of Interrogatories and Document Requests on October 2, 2026. Thereafter, Defendants contacted Plaintiff's counsel via email and telephone to further discuss this matter and to schedule Plaintiff's deposition. On October 13, 2026, Plaintiff's counsel indicated via telephone that, due to Plaintiff counsel's schedule, Plaintiff's counsel was unavailable for Plaintiff's deposition this month. Pursuant to the so ordered discovery plan, Dkt. No. 19, discovery closed as of October 23, 2026. In addition, today, Defendants served supplemental disclosures producing the Kings County Criminal Court file and Kings District Attorney file

The parties have continued to negotiate settlement in this matter, however, a gap remains and there is currently a settlement conference scheduled before Your Honor on November 30, 2026. *See*, Scheduling Order dated August 31, 2026. In an effort to resolve this matter and keep the costs and fees to a minimum, the Parties respectfully request for Plaintiff's deposition and the deadline for any party to seek a dispositive motion to be held in abeyance until after the settlement

conference[1]. To that end, Defendants have requested that Plaintiff provide available dates for Plaintiff's deposition following the conference.

**Plaintiff's Status Report**

Plaintiff concurs with Defendants regarding the status of this case. Specifically, the initial gap between the parties was $147,000. After continued negotiations, the gap shrunk to $70,000. Negotiations continued to narrow the gap to $43,000. The parties have continued to work on settlement and the current gap is only $17,000.

As a result of the above, Plaintiff maintains confidence that the settlement conference will bridge this gap and the case will settle. However, in the unlikely alternative, Plaintiff joins Defendants' abeyance.

**Conclusion**

Accordingly, the parties respectfully request for Plaintiff's deposition and the deadline for any party to make a dispositive motion to be held in abeyance until after the settlement conference on November 30, 2026.

The Parties thank the Court for its attention to this matter.

Respectfully submitted,

*Thomas Lai s/*
Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: **VIA ECF**
Gregory William Zenon
Law Office of Gregory Zenon
*Attorney for Plaintiff*
30 Wall Street
8th floor
New York, New York 10005

[1] Defendants apologize for the lateness of this request.